| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
§ CASE NO. 9:23-CR-00017-MAC
*versus* §
§
§
§
NATHANIEL MOORE §

# ORDER ADOPTING REPORT AND RECOMMENDATION
# DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the court is the Defendant, Nathaniel Moore's, *Motion to Suppress* (Doc. #59). Moore seeks to suppress incriminating evidence obtained during a search of his vehicle as a result of a traffic stop. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Government filed a response to the Defendant's motion (Doc. #59) and Judge Hawthorn heard testimony and oral argument on April 24, 2024. Ultimately, Judge Hawthorn concluded that the traffic stop was lawful, and the detention was not unnecessarily delayed. (Doc. #64.)

Neither party objected to Judge Hawthorn's report. The court concludes that the magistrate judge's findings, conclusions, and analysis are correct. Accordingly, the report of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that the Defendant's motion to suppress (Doc. #56) is **DENIED.**

SIGNED at Beaumont, Texas, this 4th day of June, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE